KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: 510-637-3689

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW BRAINERD,<br><br>　　　　Defendant. | No. CR-06-00333-WDB<br><br>STIPULATION AND ORDER TO CONTINUE NEXT APPEARANCE DATE AND WAIVER OF TIME |

　　　The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the defendant's next appearance from **May 12, 2006**, to **Tuesday, May 16, 2006, at 10:00 a.m.**

　　　The defendant further stipulates to extend the time for indictment or preliminary hearing to the date of the next court appearance.

Dated: 5/11/06

GEORGE L. BEVAN JR.
United States Attorney

May. 11. 2006 4:25PM  Gagen Mccoy et al  925 838-5985  No.2518  P. 3
Case 4:06-cr-00333-WDB   Document 26   Filed 05/12/06   Page 2 of 3
MAY-11-2006 14:48                                                P.03

Dated: May 11, 2006

WILLIAM GAGEN, JR., ESQ.
Attorney for Defendant Andrew Brainard

IT IS SO ORDERED.

Dated: 5/12/06



WAYNE D. BRAZIL
United States District Judge

STIPULATION TO CONTINUE
NEXT APPEARANCE

2

Dated: _____

WILLIAM GAGEN, JR., ESQ.
Attorney for Defendant Andrew Brainerd

IT IS SO ORDERED.

Dated: _____

WAYNE D. BRAZIL
United States District Judge