WILLIAM E. GAGEN, JR. CSB 043832
GAGEN, McCOY, McMAHON, KOSS,
MARKOWITZ & RAINES
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA  94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
ANDREW J. BRAINERD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, | No.: CR-06-00333-WDB |
| Plaintiff, | **ORDER RE MODIFICATION OF TRAVEL** |
| vs. | |
| ANDREW J. BRAINERD, | |
| Defendant. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the conditions of release be modified to authorize Defendant Andrew J. Brainerd to travel to and visit in the Eastern District between July 20, 2006 and July 23, 2006.

Dated:  July 18, 2006

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

Law Offices of
**GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585