WILLIAM E. GAGEN, JR. CSB 043832
GAGEN, McCOY, McMAHON, KOSS,
MARKOWITZ & RAINES
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
ANDREW J. BRAINERD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-06-00333-WDB |
| Plaintiff, | **ORDER RE MODIFICATION OF TRAVEL** |
| vs. | |
| ANDREW J. BRAINERD, | |
| Defendant. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the conditions of release be modified to authorize Defendant Andrew J. Brainerd to travel to and visit in the Eastern District between November 21, 2006 and November 25, 2006.

Dated: November 15, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

- 1 -

**ORDER RE MODIFICATION OF TRAVEL: CR-06-00333-WDB**

F:\clweg\37850\Travel Order - 3.doc